JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SKYE DAVIS  (NYBN 3994076)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3771
   Fax: (510) 637-3724
   E-Mail: skye.davis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01099-CW |
| ) | |
| v. ) | |
| ) | ORDER EXCLUDING TIME FROM |
| KATALIN EVA HORVATH, ) | MARCH 26, 2010 TO MAY 24, 2010 |
| ) | FROM SPEEDY TRIAL ACT |
| ) | CALCULATION (18 U.S.C. § |
| Defendant. ) | 3161(h)(7)(A) and (B)) |
| ) | |
| ) | |

## I.  BRIEFING SCHEDULE

On March 26, 2010, and at the parties' request, the Court set a briefing schedule for a possible defense motion to dismiss as follows:  Horvath will file any Motion to Dismiss by **April 14, 2010**; the Government's opposition is due **April 28, 2010**; Horvath's **reply is due by May 5, 2010; and the hearing on the motion to dismiss is set for May 26, 2010** at 2 p.m. before Judge Wilken.  This Court set a status hearing in magistrate court on **May 24, 2010** at 10 a.m.

## II. SPEEDY TRIAL ACT

With the agreement of the parties in open court on March 26, 2010, the Court excluded time under the Speedy Trial Act from March 26, 2010, to May 24, 2010, to enable the defense to

[*United States* v. *Horvath*, CR 09-01099 CW]
[Order Excluding Time]

1  review additional discovery that the government recently provided, consistent with other case
2  responsibilities and previously-scheduled case commitments, and to evaluate whether there is a
3  viable motion to dismiss.  More specifically, the Court found that an exclusion of time until
4  April 14, 2010, was appropriate for effective preparation of defense counsel in the evaluation
5  and preparation of motions.  If a motion is filed by April 14, that will be a separate ground for
6  excluding time, but in any event, the Court also found that a further exclusion of time through
7  May 24 – given defense counsel's other commitments – was appropriate for review of discovery
8  and conducting defense investigation.  The Court found that (A) failure to grant the requested
9  continuance would unreasonably deny the defendant continuity of counsel and would
10 unreasonably deny defense counsel the reasonable time necessary for effective preparation,
11 taking into account the exercise of due diligence, and (B) the ends of justice served by excluding
12 time outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C.
13 §§ 3161(h)(7)(A) and (B)(iv).

14     IT IS SO ORDERED.

15 DATED:     March 29, 2010

16                                        LAUREL BEELER
                                          United States Magistrate Judge

[*United States* v. *Horvath*, CR 09-01099 CW]
[Order Excluding Time]