IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-01099 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| KATALIN EVA HORVATH, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Donna M. Rhu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Katalin Eva Horvath's plea of guilty is accepted by the Court as to Count One of the Indictment charging Defendant Katalin Eva Horvath with being a deported alien found in the United States in violation of 8 U.S.C. §1326(a) and (b).  Sentencing is set for May 11, 2010 at 2:00 p.m.

Dated:  5/3/2010

CLAUDIA WILKEN
United States District Judge

cc: DMR, Wings